IN THE SUPREME COURT OF TEXAS

 No. 08-0805

 IN RE JINDAL SAW LIMITED, JINDAL ENTERPRISES LLC, AND SAW PIPES USA

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's emergency motion for stay, filed September 29, 2008,
is granted. All trial court proceedings in Cause No. 370,130-401, styled
Yvonne Lara, individually, as personal representative of the Estate of
Carlos L. Lara, deceased, and as next friend for Tina Lara and Joe Lara v.
Jindal Saw Limited, Jindal Enterprises LLC, and Saw Pipes USA, Inc., in the
Probate Court No 1 of Harris County, Texas, are stayed pending further
order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this October 24, 2008.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk